PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luis Andres Faife-Ruiz               Cr.: 13-00274-001
                                                       Cr.: 10-00712-
001                                                    PACTS #: 56260

Name of Sentencing Judicial Officer:    THE HONORABLE DENNIS M. CAVANAUGH
                                        UNITED STATES DISTRICT JUDGE

Newly Assigned Judicial Officer:        THE HONORABLE WILLIAM J. MARTINI
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/14/2014

Original Offense:   Conspiracy To Defraud The United States, 18 USC 371.F
                    Conspiracy to Receive Stolen Goods, 13 USC 371
                    Sale or Receipt of Stolen Goods, Securities, Etc, 18 USC 2315 & 2

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Special Assessment, Restitution - Money, Cooperate with INS, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/25/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to satisfy the financial penalties in full. He paid the special assessment and $3,989 toward the restitution. |

U.S. Probation Officer Action:

The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and we have requested a standing order for all future income tax refunds via the Treasury Offset Program (TOP). The probation office recommends the supervision term be allowed to expire as scheduled since the order remains imposed as a final judgment, pursuant to Title 18, United States Code, Sections 3554 & 3613.

Respectfully submitted,

By: Ivettelis Perez
U.S. Probation Officer
Date: 03/04/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow supervision to expire as scheduled (as recommended by the Probation Office)
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

3/6/19
Date